# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL FAMILY FARM COALITION, et al., | ) Case No. 21-5695-JD ) |
| Plaintiffs, | ) **JOINT REQUEST FOR** ) **TELEPHONIC APPEARANCE** |
| v. | ) **AT CASE MANAGEMENT** ) **CONFERENCE** |
| TOM VILSACK, et al., | ) ) |
| Defendants. | ) ) |

Pursuant to this Court's Standing Order for Civil Cases, the parties respectfully request leave to appear telephonically in the upcoming Case Management Conference scheduled for 10 AM on December 23, 2021. Proposed Defendant-Intervenors stated that they intend to appear in person but do not oppose the motion.

For both Plaintiffs' and Defendants' counsel, traveling for the conference from Portland and Washington D.C., respectively, would present difficulties due to its proximity to Christmas Eve and Christmas Day. The parties' counsel would appreciate the ability to spend time with their families over the holidays, without traveling immediately before seeing their loved ones, especially with the added risk of Covid-19 in mind.

Plaintiffs' primary counsel George Kimbrell and Audrey Leonard are based in Plaintiff counsels' Portland, Oregon office. Given the ongoing Covid-19 pandemic, Plaintiffs' attorneys are concerned about the risks of travelling to San Francisco for the conference immediately before the holidays. While they are vaccinated, they have individuals within their respective circles who are not, including children too young yet to be vaccinated as well as at-risk elderly unable to yet be vaccinated.

Plaintiffs' local counsel Meredith Stevenson is their only attorney on the papers of this case who currently resides in the San Francisco area. However, her appearance alone would not comport with this Court's standing order requiring Plaintiffs to be represented by their lead counsel at case management conferences. Further, Ms. Stevenson has plans to travel to Indiana to visit family and will not be in San Francisco on the 23rd.

Counsel for Defendants are based in Washington, D.C. and reside in the Washington, D.C. area. Department of Justice policy currently permits "only mission-critical travel." *See* 2021 Department of Justice COVID-19 Workforce Safety Plan at 3, https://perma.cc/2FUJ-6HS6. Pursuant to this policy, "[r]emote meetings, hearings, and court operations are strongly encouraged over in-person

appearances," and official travel "should occur only after means to otherwise accomplish the business have been exhausted." *Id*. Accordingly, pursuant to that policy, counsel for Defendants respectfully request that the hearing be conducted remotely, either by videoconference or teleconference, rather than in-person.

For the foregoing reasons, the parties respectfully request leave to appear telephonically at the upcoming Case Management Conference.

Dated: December 15, 2021

                */s/ George Kimbrell*
GEORGE KIMBRELL (*Pro Hac Vice*)
AUDREY LEONARD (*Pro Hac Vice*)
MEREDITH STEVENSON (CA Bar No. 328712)
AMY VAN SAUN (*Pro Hac Vice*)
Center for Food Safety
303 Sacramento Street, 2nd Floor
San Francisco, CA 94111
Phone: (415) 826-2770
Emails: gkimbrell@centerforfoodsafety.org
         aleonard@centerforfoodsafety.org
         mstevenson@centerforfoodsafety.org
         avansaun@centerforfoodsafety.org

*Counsel for Plaintiffs*

| | |
|---|---|
| BRIAN M. BOYNTON<br>Acting Assistant Attorney General<br>Civil Division<br>United States Department of Justice | TODD KIM<br>Assistant Attorney General<br>United States Department of Justice<br>Environment & Natural Resources Division |
| ERIC WOMACK<br>Assistant Branch Director<br>Federal Programs Branch<br>Civil Division<br><br>CHRISTOPHER R. HEALY,<br>DC Bar No. 219460<br>Trial Attorney<br>Federal Programs Branch<br>Civil Division<br>1100 L St. NW<br>Washington, DC 20530<br>(202) 514-8095<br>Christopher.Healy@usdoj.gov | */s/ Robert M. Norway*<br>KRYSTAL-ROSE PEREZ,<br>TX Bar No. 24105931<br>ROBERT M. NORWAY,<br>D.C. Bar No. 490715<br>Trial Attorneys<br>Ben Franklin Station, P.O. Box 7611<br>Washington, D.C. 20044-7611<br>(202) 305-0486 (Perez)<br>(202) 307-1145 (Norway)<br>krystalrose.perez@usdoj.gov<br>robert.m.norway@usdoj.gov |

*Counsel for Defendants*